UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

HENRIETTA JOHNSON, et al.,              )
                                        )
            Plaintiffs,                 )
                                        )
    vs.                                 )      Case No. 4:14CV1311 RLW
                                        )
CITY OF HAZELWOOD, et al.,              )
                                        )
            Defendants                  )

## MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion for Extension of Time (ECF No. 22). In that Motion, Defendants note that, on August 29, 2014, Plaintiffs Henrietta Johnson, Michael Robinson, and Yvonne Booker ("the Original Plaintiffs") filed their Response to Defendants' Motion to Dismiss Second Amended Petition. (ECF No. 16). In the Response, the Original Plaintiffs cited to an "attached" Suggestions in Opposition to Defendants' Motion to Dismiss Second Amended Petition. The Suggestions in Opposition to Defendants' Motion to Dismiss Second Amended Petition was not attached or filed with the Court. Defendants request that the Court give them seven (7) days from the date the Suggestions in Opposition to Defendants' Motion to Dismiss Second Amended Petition is filed to file any reply.

Accordingly,

**IT IS HEREBY ORDERED** that the Original Plaintiffs shall file their Suggestions in Opposition to Defendants' Motion to Dismiss Second Amended Petition no later than Tuesday, **September 16, 2014**.

**IT IS FURTHER ORDERED** that Defendants shall file any reply in support of their Motion to Dismiss Second Amended Petition no later than **September 23, 2014**.

Dated this 8th day of September, 2014.

_____
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE